**Order filed, April 09, 2015.**



In The

# Fourteenth Court of Appeals
_____

## NOS. 14-15-00112-CR
## 14-15-00113-CR
_____

**JOSHUA  FESELIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1390943, 1452064**

## ORDER

The reporter's record in this case was due **March 30, 2015**. *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Arlene Webb and LaVearn Ivey**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM